**CLINTON COUNTY, Appellant,**

v.

**John SAWYERS, Appellee.**

Court of Appeals of Kentucky.

May 27, 1960.

John A. Sloan, Albany, Hollis E. Edmonds, Russell Springs, for appellant.

James A. Hicks, Albany, for appellee.

PER CURIAM.

This is a motion for appeal on behalf of the taxpayers of Clinton County from a judgment of the Clinton Circuit Court al-

lowing John Sawyers the sum of $1,500 salary due him as sheriff for the period of six months beginning July 1, 1953, and ending December 31, 1953.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion is overruled and the judgment is affirmed.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Corporation,**

v.

**Wayne B. WILSON.**

Court of Appeals of Kentucky.

May 27, 1960.

George E. Overbey, Murray, Charles B. Robison, Meyers & Matthias, Chicago, Ill., for appellant.

Nat. Ryan Hughes, Murray, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080 and for an oral argument. The litigation involves a settlement of accounts between the Company and one of its agents after a termination of the agency by mutual consent.

The motion for an appeal is overruled, the motion for an oral argument is overruled, and the judgment is affirmed.

MONTGOMERY, C. J., dissenting in part.